Opinion issued October 1, 2020



### In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-19-00890-CV

———————————

## LYNN STACY, Appellant

## V.

## BRAID LOGISTICS NORTH AMERICA, INC., Appellee

On Appeal from the 165th District Court
Harris County, Texas
Trial Court Case No. 2019-75122

## MEMORANDUM OPINION

The parties, representing that they have reached a settlement agreement resolving their underlying dispute, have filed a joint motion to dismiss the appeal. The parties have agreed that they will bear their own appellate costs. *See* TEX. R. APP. P. 42.1(d). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), (a)(2), 43.2(f). We direct the Clerk of this Court that costs are to be taxed against the parties who incurred the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Countiss.